1    *E-filed on*    12/11/06

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12   BYRON LEVINGSTON,                    | No. C-02-01969 RMW

13              Petitioner,               | ORDER DENYING REQUEST TO
                                          | PROCEED *IN FORMA PAUPERIS*;
14        v.                              | DENYING REQUEST FOR APPOINTMENT
                                          | OF COUNSEL; DENYING REQUEST FOR
15   C.A. TERHUNE, Director of the Department of | CERTIFICATE OF APPEALABILITY; &
     Corrections,                         | GRANTING MOTION OF MARK
16                                        | GREENBERG TO WITHDRAW AS
              Respondent.                 | ATTORNEY OF RECORD FOR
17                                        | PETITIONER

18                                        | **[Re Docket Nos. 19, 20, 21]**

19          The court has denied Byron Levingston's petition for a writ of habeas corpus on the merits.

20   Currently before the court are (1) Levingston's request for a certificate of appealability, (2)

21   Levingston's request to proceed *in forma pauperis*, and (3) Mark Greenberg's motion to withdraw

22   from representation of Levingston in this matter and for the court to appoint new counsel for

23   Levingston.

24          The requests for appointment of counsel and permission to proceed *in forma pauperis* are

25   matters for the Court of Appeal, and are accordingly denied without prejudice to renewal on appeal.

26          As to the certificate of appealability, it has not been shown that reasonable jurists would

27   differ as required by *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  Accordingly, the court denies

28

ORDER DENYING REQUEST TO PROCEED IN FORMA PAUPERIS; DENYING REQUEST FOR APPOINTMENT OF COUNSEL;
DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY; & GRANTING MOTION OF MARK GREENBERG TO
WITHDRAW AS ATTORNEY OF RECORD FOR PETITIONER—No. C-02-01969 RMW
JAH

1   the request for a certificate of appealability.  The clerk shall transmit the file, including a copy of

2   this order, to the Court of Appeals.  *See* Fed. R. App. P. 22(b).[1]

3       Attorney Mark Greenberg requests permission to withdraw from representation of petitioner.

4   Greenberg reports that he was appointed to represent Levingston during his state-court appeal, and

5   that he represented Levingston before the district court without payment.  Greenberg prepared all the

6   motions addressed in this order.  As nothing further remains to be done before this court, and he has

7   been representing Levingston without remuneration, Greenberg's motion to withdraw as counsel is

8   granted.

9                     **NOTICE TO PETITIONER BYRON LEVINGSTON**

10      You are hereby notified that Mark Greenberg will no longer be representing you in the

11   above-captioned matter.  The court needs to know how to contact you.  If you do not keep the court

12   and other parties informed of your current address, they will not be able to send you notice of

13   actions that might affect you, including actions that may adversely affect your interests or result in

14   you losing the case.  The last known address of respondent's counsel is:

15              California Attorney General's Office
                455 Golden Gate Avenue, Suite 11000
16              San Francisco, CA  94102

17      If you fail to keep the court informed of your current address, or if any order from the court

18   mailed to the address which the court has on file for you is returned to the court as undeliverable, the

19   court may find that you have abandoned your lawsuit and it will be dismissed.  Petitioner is hereby

20   informed that: (1) he may prosecute his action *pro se* or through another attorney; (2) he retains all

21   the obligations of a litigant; and (3) failure to respond to actions from the court or opposing counsel

22   may lead to dismissal of the case.

23

24   DATED:      12/11/06                        *Ronald M Whyte*
                                                 RONALD M. WHYTE
25                                               United States District Judge

26   _____
     [1]   Petitioner may then ask the Court of Appeals to issue the certificate, *see* Fed. R. App. P. 22(b)(1),
27   or if he does not, the notice of appeal will be construed as such a request, *see* Fed. R. App. P.
     22(b)(2).
28

ORDER DENYING REQUEST TO PROCEED IN FORMA PAUPERIS; DENYING REQUEST FOR APPOINTMENT OF COUNSEL;
DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY; & GRANTING MOTION OF MARK GREENBERG TO
WITHDRAW AS ATTORNEY OF RECORD FOR PETITIONER—No. C-02-01969 RMW
JAH                                              2

1 | **A copy of this order was mailed on _____ to:**

2 | **Former Counsel for Petitioner:**

3 | Mark D. Greenberg
PBM No. 429
4 | 484 Lake Park Avenue
Oakland, CA  94610

5 |

6 | **Petitioner:**

Byron Levingston, P-21079
7 | P.O. Box 7500
Crescent City, CA  95531-7500

8 | **Counsel for Respondent:**

9 |

Juliet B. Haley
10 | California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
11 | San Francisco, CA  94102-7004

12 |

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.
13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |